**FORM 9**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No. 10-54650 |
| | : | |
| Kelly L. Marcum | : | Chapter 7 |
| Charles W. Marcum Jr. | : | |
| | : | Judge Hoffman |
| Debtor(s) | : | |

**NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED DIVIDENDS**

TO THE CLERK OF THE COURT:

The attached check in the amount of $5.09 represents the total sum of unclaimed and small dividends to this estate and is paid to the court pursuant to 11 U.S.C. Sec.347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name And Address | Claim No. | Amount of Dividend |
|---|---|---|
| Meade & Associates<br>737 Enterprise Dr.<br>Westerville, Ohio 43081 | 6 | $2.45 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO BOX 10587<br>Greenville, SC 29603-0587 | 9 | $2.64 |

| Total Unclaimed/Small<br>Dividends $25.00 or under | Total Unclaimed<br>Dividends Over $25.00 |
|---|---|
| $5.09 | $ |

Dated: August 5, 2011   Case Trustee:/s/Christal L. Caudill

        Christal L. Caudill
        2130 Arlington Ave.
        Columbus, Ohio 43221

cc:

U.S. Trustee
170 N. High St.
Suite 200
Columbus, Ohio 43215