**FORM 9**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No. 10-54650 |
| | : | |
| Kelly L. Marcum | : | Chapter 7 |
| | : | |
| Debtor. | : | Judge John E. Hoffman, Jr. |

**NOTICE TO THE CLERK OF**
**SMALL DIVIDENDS AND UNCLAIMED DIVIDENDS**

TO THE CLERK OF THE COURT:

The attached check in the amount of $1,644.35 represents the total sum of unclaimed dividends to this estate and is paid to the court pursuant to 11 U.S.C. Sec.347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name And Address | Claim No. | Amount of Dividend |
|---|---|---|
| Great Lakes Educational Loan Service PO Box 8973 Madison, WI 53708-8973 | #14 | $417.17 |
| Great Lakes Educational Loan Service PO Box 8973 Madison, WI 53708-8973 | #13 | $1,227.18 |

| Total Unclaimed/Small Dividends $25.00 or under | Total Unclaimed Dividends Over $25.00 |
|---|---|
| $_____ | $1,644.35 |

Dated: 9/14/11

/s/Christal L. Caudill
Christal L. Caudill, Trustee
3757 Attucks Drive
Powell, Ohio 43065
Telephone: 614-389-4940